# EXHIBIT 1

# Register of Actions

Filed by Plaintiff/Petitioner
Filed by Defendant/Respondent
Filed by Court

**Case Number:** 2026CV030728
**Case Type:** Money
**Case Caption:** Hanam, Nathan v. 90 Degree Benefits LLC

**Division:** 1
**Judicial Officer:** Ryan J Stuart
**Court Location:** Douglas County

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 3C64E158EBB96 | 07/16/2026 3:34 PM | Glenn Daniel Germany | Robinson and Henry PC | Nathan Hanam | Return of Service | Return of Service - 07/09/26- Janene Parker obo 90 Degree Benefits, LLC | Public |
| N/A (Details) | 07/09/2026 9:24 AM | Ryan J Stuart | Douglas County | N/A | Order - Case Management | DELAY REDUCTION ORDER | Public |
| 3B6EF8CB46769 | 07/08/2026 4:37 PM | Glenn Daniel Germany, Joseph Jay Lico | Robinson and Henry PC | Nathan Hanam | Complaint 🔗 | Complaint | Public |
| | | | | | Civil Case Cover Sheet 🔗 | Civil Case Cover Sheet | Public |
| | | | | | Summons 🔗 | Summons - 90 Degree Benefits LLC | Public |

# Party Information

| Party Name | Party Type | Party Status | Attorney/Paraprofessional Name |
|---|---|---|---|
| 90 Degree Benefits LLC | Defendant | Active | N/A |
| Nathan Hanam | Plaintiff | Active | GLENN DANIEL GERMANY (Robinson and Henry PC) JOSEPH JAY LICO (Robinson and Henry PC) |

| | |
|---|---|
| **DISTRICT COURT, DOUGLAS COUNTY**<br>**STATE OF COLORADO**<br>4000 Justice Way, Ste 2009<br>Castle Rock, CO 80109<br>(719) 404-8700 | DATE FILED<br>July 8, 2026 4:37 PM<br>FILING ID: 3B6EF8CB46769<br>CASE NUMBER: 2026CV30728 |
| Plaintiff:<br><br>**NATHAN HANAM**, an individual,<br><br>v.<br><br>Defendant:<br><br>**90 DEGREE BENEFITS, LLC**, a foreign limited liability company. | ▲ **COURT USE ONLY** ▲ |
| **ROBINSON & HENRY, P.C.**<br>Joseph J. Lico, #29944<br>Glenn D. Germany, #59722<br>8000 South Chester Street, Suite 125<br>Centennial, Colorado 80112<br>Phone: 303-688-0944<br>Joe.Lico@RobinsonandHenry.com<br>Glenn.Germany@RobinsonandHenry.com<br>*Attorneys for Plaintiff* | Case Number:<br><br>Division: |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD-PARTY COMPLAINT AND JURY DEMAND** | |

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, crossclaim or third-party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

❏ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceedings, **or**

❏ This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

**Or**

❑ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.) ❑

**Date: July 8, 2026.**

**ROBINSON & HENRY, P.C.**

By: */s/ Glenn D. Germany*
Joseph J. Lico, #29944
Glenn D. Germany, #59722
8000 South Chester Street, Suite 125
Centennial, CO 80112
*Attorneys for Plaintiff*

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

| | |
|---|---|
| **DISTRICT COURT, DOUGLAS COUNTY**<br>**STATE OF COLORADO**<br>4000 Justice Way, Ste 2009<br>Castle Rock, CO 80109<br>(719) 404-8700 | **DATE FILED**<br>July 8, 2026 4:37 PM<br>FILING ID: 3B6EF8CB46769<br>CASE NUMBER: 2026CV30728 |
| Plaintiff:<br><br>**NATHAN HANAM**, an individual,<br><br>v.<br><br>Defendant:<br><br>**90 DEGREE BENEFITS, LLC**, a foreign limited liability company. | **▲COURT USE ONLY ▲** |
| **ROBINSON & HENRY, P.C.**<br>Joseph J. Lico, #29944<br>Glenn D. Germany, #59722<br>8000 South Chester Street, Suite 125<br>Centennial, Colorado 80112<br>Phone:  303-688-0944<br>Joe.Lico@RobinsonandHenry.com<br>Glenn.Germany@RobinsonandHenry.com<br>*Attorneys for Plaintiff* | Case No.:<br><br>Div.: |
| **COMPLAINT** ||

Plaintiff, Nathan Hanam ("Plaintiff"), by and through counsel of Robinson & Henry, P.C., for Plaintiff's Complaint against Defendant, 90 Degree Benefits, LLC, ("Defendant") states and alleges as follows:

## I. PARTIES

1.      Plaintiff is an individual with an address of 1183 Whispering Oak Drive, Castle Rock, CO 80104.

2.      Upon information and belief, Defendant is an Alabama limited liability company with a corporate address of 450 Riverchase Parkway East, Birmingham, AL 35244. Defendant does not have a Registered Agent in the State of Colorado.

## II.  VENUE AND JURISDICTION

3.      Venue in the District Court of the County of Douglas, Colorado is proper in this matter because the insurance policy was issued in the State of Colorado. *See* C.R.S. § 10-3-1116.

4. The Court has personal jurisdiction over Defendant as the insurance policy was issued in the State of Colorado. *See* C.R.S. § 10-3-1116.

5. The District Court of the County of Douglas, Colorado, has subject matter jurisdiction over this case pursuant to Article 6 § 9 of the State Constitution of Colorado.

### III. GENERAL ALLEGATIONS

6. At all times relevant hereto, Plaintiff was employed by Cox Residential LLC.

7. At all relevant times hereto, Cox Residential LLC, provided medical insurance to its employees through First Health Network.

8. At all relevant times hereto, Defendant was a third-party administrator for First Health Network.

9. On or about April 14, 2025, Plaintiff received medical care from AdventHealth ("the Medical Care"), resulting in charges totaling $33,929.21.

10. An insurance claim was presented to Defendant on or about May 9, 2025, for the Medical Care.

11. Plaintiff is responsible for a $500 deductible for the Medical Care.

12. Pursuant to the insurance policy, Defendant is responsible to pay $33,429.20 for the Medical Care.

13. In May 2025, Defendant informed Plaintiff that the claim for the Medical Care had been sent to a stop loss carrier.

14. Plaintiff made several attempts to contact Defendant regarding payment for the Medical Care, which went unanswered by Defendant.

15. Because Defendant failed to pay for the Medical Care, AdventHealth sent Plaintiff's debt to collections in June 2026.

16. As of this filing, Defendant has failed to pay for the Medical Care.

### IV. FIRST CLAIM FOR RELIEF
### (Bad Faith Delay of Payment in Violation of C.R.S. § 10-3-1116)

17. Plaintiff incorporates by reference the paragraphs above as if fully set forth herein.

18. Plaintiff is a first-party claimant under an insurance policy.

19. Defendant is an entity engaged in the insurance business.

20.     Defendant delayed payment of a covered benefit due to Plaintiff without a reasonable basis.

21.     As a result of Defendant's misconduct, Plaintiff has suffered damages.

### V.  SECOND CLAIM FOR RELIEF
### (Bad Faith Breach of Insurance Company)

22.     At all times relevant hereto, Plaintiff was the insured under an insurance policy issued by Defendant, Policy Number T07H3172 (the "Policy").

23.     The Policy was in full force and effect on April 14, 2025.

24.     On or about May 9, 2025, Plaintiff submitted a claim to Defendant for benefits under the Policy in connection with the Medical Care.

25.     Plaintiff complied with all conditions precedent to coverage under the Policy, including timely notice of the claim and full cooperation with Defendant's investigation.

26.     The claim submitted by Plaintiff was covered under the terms of the Policy.

27.     Defendant owed Plaintiff a duty of good faith and fair dealing in the handling, investigation, and payment of Plaintiff's claim.

28.     Defendant breached its duty of good faith and fair dealing by unreasonably delaying payment of Plaintiff's claim for covered benefits.

29.     Defendant's delay of Plaintiff's claim was unreasonable under the circumstances.

30.     Defendant acted with knowledge of, or in reckless disregard of, the fact that no reasonable basis existed for delaying or denying Plaintiff's claim.

31.     As a direct and proximate result of Defendant's bad faith breach of the insurance contract, Plaintiff has suffered severe emotional distress, including anxiety, fear, stress, and uncertainty regarding whether Plaintiff would be held financially responsible for outstanding bills.

32.     Due to Defendant's unreasonable delay in paying Plaintiff's claim, Plaintiff was unable to pay medical bills and other obligations covered by the Policy.

33.     As a direct result of Defendant's delay, Plaintiff's debts were sent to collections, causing Plaintiff additional emotional distress, embarrassment, and damage to Plaintiff's credit and financial standing.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendant as follows:

A. An award of two times the covered benefit that was unreasonably delayed, pursuant to C.R.S. § 10-3-1116(1);

B. An award of reasonable attorney fees incurred in prosecuting this action, pursuant to C.R.S. § 10-3-1116(1);

C. An award of court costs incurred in prosecuting this action, pursuant to C.R.S. § 10-3-1116(1);

D. An award of additional damages as afforded by law;

E. Pre-judgment interest as provided by law;

F. Post-judgment interest as provided by law; and

G. Such other and further relief as the Court deems just and proper.

DATED this 8th day of July 2026.

**ROBINSON & HENRY, P.C.**

By:    */s/ Glenn D. Germany*
　　　　Joseph J. Lico, #29944
　　　　Glenn D. Germany, #59722
　　　　8000 South Chester Street, Suite 125
　　　　Centennial, CO 80112
　　　　*Attorneys for Plaintiff*

Plaintiff's Address:
Nathan Hanam
1183 Whispering Oak Dr.
Castle Rock, CO 80104

| | |
|---|---|
| **DISTRICT COURT, DOUGLAS COUNTY**<br>**STATE OF COLORADO**<br>4000 Justice Way, Ste 2009<br>Castle Rock, CO 80109<br>(719) 404-8700 | **DATE FILED**<br>July 8, 2026 4:37 PM<br>FILING ID: 3B6EF8CB46769<br>CASE NUMBER: 2026CV30728 |
| Plaintiff:<br><br>**NATHAN HANAM**, an individual,<br><br>v.<br><br>Defendant:<br><br>**90 DEGREE BENEFITS, LLC**, a foreign limited liability company. | ▲ **COURT USE ONLY** ▲ |
| **ROBINSON & HENRY, P.C.**<br>Joseph J. Lico, #29944<br>Glenn D. Germany, #59722<br>8000 South Chester Street, Suite 125<br>Centennial, Colorado 80112<br>Phone:  303-688-0944<br>Joe.Lico@RobinsonandHenry.com<br>Glenn.Germany@RobinsonandHenry.com<br>*Attorneys for Plaintiff* | Case No.<br><br>Div.: |
| **SUMMONS** ||

**TO THE ABOVE-NAMED DEFENDANT:   90 DEGREE BENEFITS, LLC**

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint.  If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you.  If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you.  Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Respectfully submitted this 8th day of July 2026.

ROBINSON & HENRY, P.C.

By:    /s/ Glenn D. Germany
Joseph J. Lico, #29944
Glenn D. Germany, #59722
*Attorneys for Plaintiff*

<table>
<tr><td>

DISTRICT COURT, DOUGLAS COUNTY,<br>
STATE OF COLORADO<br>
4000 Justice Way, Suite 2009<br>
Castle Rock, CO  80109<br>
<br>
Plaintiff(s): Nathan Hanam<br>
<br>
v.<br>
<br>
Defendant(s): 90 Degree Benefits LLC

</td><td>

DATE FILED<br>
July 9, 2026 9:24 AM<br>
CASE NUMBER: 2026CV30728<br>
<br>
▲ COURT USE ONLY ▲<br>
<br>
<br>
Case Number:  2026CV30728<br>
Division/Courtroom: 1

</td></tr>
</table>

**DELAY REDUCTION ORDER**
(FOR CASES FILED ON OR AFTER JULY 1, 2015)

This Court is on a delay reduction docket.

A.   For all civil actions, the following deadlines must be met:

1.   <u>Service of Process</u>:  Returns of service on all defendants shall be filed within **63 days** after the date of the filing of the complaint.

2.   <u>Default Judgment</u>:  Application for default judgment shall be filed within **35 days** after default has occurred.

3.   <u>Case Management</u>:  Whether a Case Management Conference is required is determined by each Division.

4.   <u>Trial Setting</u>: Parties shall comply with the procedure for setting trial as determined by the Judge presiding over the Division to which the case has been assigned.

    a.   Actions governed by C.R.C.P. 16 shall be set for trial within **49 days** of the "at issue" date and generally trial will be set within **1 year** of the date the Complaint was filed unless the Court determines that the nature of the case requires a later setting.

    b.   Actions governed by C.R.C.P. 16.1 shall be set for trial within **42 days** of the "at issue" date and generally trial will be set within **6 months** of the date the Complaint was filed unless the Court determines that the nature of the case requires a later setting.

B.   A District Court Civil Cover Sheet (JDF 601) shall be filed with all civil complaints.

C.  Plaintiff shall send a copy of this Order to all other parties who enter an appearance and shall file a certificate of mailing within 14 days following the entry of appearance.

D.  Any attorney entering an appearance in this case who is aware of a related case is ordered to complete and file in this case a document entitled "Information Regarding Case(s)" informing the Court of the related case(s) and stating whether consolidation is appropriate.

E.  If an attorney or self-represented party failed to comply with the Order, the Court may dismiss the case without prejudice.

Date:  09/04/2025

BY THE COURT:

Ryan Stuart

Chief Judge, 23rd Judicial District

2

| | |
|---|---|
| District Court, Douglas County, State of Colorado<br>4000 Justice Way, Ste. 2009, Castle Rock, CO 80109 | |
| Plaintiff(s) / Petitioner(s): **NATHAN HANAM, an individual,**<br><br>v.<br><br>Defendant(s) / Respondent(s): **90 DEGREE BENEFITS, LLC, a foreign limited liability company.** | ▲ COURT USE ONLY ▲<br>DATE FILED<br>July 16, 2026 3:34 PM<br>FILING ID: 3C64E158FBB96<br>CASE NUMBER: 2026CV30728<br>Case No. 2026CV030728<br><br>Div: 1 |
| **AFFIDAVIT OF SERVICE** | |

I, Chris Smith, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to 90 DEGREE BENEFITS, LLC in Jefferson County, AL on July 9, 2026 at 11:45 am at 450 Riverchase Pkwy E, Hoover, AL 35244-2858 by leaving the following documents with Janene Parker who as Registered Agent at Blue Cross Blue Shield is authorized by appointment or by law to receive service of process for 90 DEGREE BENEFITS, LLC.

COMPLAINT
DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD-PARTY COMPLAINT AND JURY DEMAND
SUMMONS
Race: White, Sex: Female, Est. Age: 45-54, Hair: Blonde, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.3681252778,-86.7880555556
Photograph: See Exhibit 1

Total Cost: $95.00

Server Signature
Chris Smith
+1 (205) 266-6244

Subscribed and sworn to before me this __16__ day of
__July__, __2026__, by
Chris Smith
Server Name

Witness my hand and official seal.

Notary Public

My commission expires:
10/09/2027

Notary Stamp

AMBER JO MARTINEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194038470
MY COMMISSION EXPIRES OCTOBER 9, 2027



